WARNER D. ORVIS et al., Copartners Doing Business as ORVIS BROTHERS & COMPANY, Appellants, *v.* ELLIOTT V. BELL, Superintendent of Banks of the State of New York, as Liquidator of the New York Branch of Mitsui Bank, Ltd., Respondent.

Argued May 14, 1945; decided June 14, 1945.

*Donald Marks* for appellants.

*Edward Feldman, Julian A. Ronan* and *Samuel Bader* for respondent.

Judgment affirmed, with costs; no opinion. [See 294 N. Y. 964.]

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.